### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MOBIL CERRO NEGRO, LTD.**, *et al.*, | |
| *Petitioners*, | |
| **v.** | Case No. 1:23-cv-3506-RCL |
| **BOLIVARIAN REPUBLIC OF VENEZUELA**, | |
| *Respondent*. | |



U.S. District & Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk

Byron M Lee Jr. Digitally signed by Byron M Lee Jr. Date: 2026.05.20 16:05:38 -04'00'
By:_____
Deputy Clerk

### ORDER AND JUDGMENT

Upon review and consideration of the petitioners' Motion for Default Judgment, *see* ECF No. 16, the respondent's Motion to Set Aside the Default, *see* ECF No. 25, the petitioners' Motion for Summary Judgment, *see* ECF No. 27, and the respondent's Cross-motion for Summary Judgment, *see* ECF No. 32, the oppositions and replies thereto, and the entire record, the Court rules as follows:

it is hereby **ORDERED** that the Motion to Set Aside Default Judgment is **GRANTED**, and the Clerk of Court shall remove the Bolivarian Republic of Venezuela's default from the record; and

it is further **ORDERED** that the Motion for Default Judgment is **DENIED**; and

it is further **ORDERED** that the petitioners' Motion for Summary Judgment is **GRANTED**; and

it is further **ORDERED** that the pecuniary obligations of the Final Award in favor of Petitioners and against the Bolivarian Republic of Venezuela shall be recognized, entered, and recorded as a **JUDGMENT** by the Clerk of the Court in the same manner and with the

1

same force and effect as if the Final Award were a final judgment of a court of general jurisdiction of one of the United States, pursuant to 22 U.S.C. § 1650(a) and Article 54 of the Convention on the Settlement of Investment Disputes between States and Nationals of Other States, and that in accordance with the pecuniary obligations contained in the Final Award, the Bolivarian Republic of Venezuela shall pay to Petitioners the following sums:

i. Nine hundred eighty-four million, five hundred twenty-seven thousand dollars ($984,527,000);

ii. Annual compound interest on the sum of nine hundred eighty-four million, five hundred twenty-seven thousand dollars ($984,527,000) at a rate of 3.25% from June 27, 2007 until the date of this judgment, in addition to further post- judgment interest at the 3.25% rate set forth in the Final Award until payment of these sums has been made in full;

iii. The ICSID legal fees and expenses and arbitration costs in the amount of one million, eighteen thousand, five hundred fifteen dollars and four-and-a-half cents ($1,018,515.045);

iv. Annual compound interest on the sum of one million, eighteen thousand, five hundred fifteen dollars and four-and-a-half cents ($1,018,515.045) at a rate of 7.75% from July 10, 2023 until the date of this judgment, in addition to further post-judgment interest at the 7.75% rate set forth in the Final Award until payment of these sums has been made in full.

It is further **ORDERED** that the Bolivarian Republic of Venezuela's Cross-motion for summary judgment is **DENIED**.

Date: September 26, 2025

Royce C. Lamberth
United States District Judge

2